# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GERARD FALZO** | |
| | Civil Action No. 03-1922 (JLL) |
| **Plaintiff(s),** | ORDER |
| v. | |
| **COUNTY OF ESSEX, ET AL.,** | |
| **Defendant(s).** | |

**IT IS** on this 8th day of January, 2009

    **ORDERED** that there shall be a telephone status/settlement on **January 12, 2009 at 11:30 a.m.** Counsel for plaintiffs shall initiate the call.

 

                              *s/ Claire C. Cecchi*
                             **HON. CLAIRE C. CECCHI**
                             **United States Magistrate Judge**